AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| LLOYD ANTHONY LONG,<br>    Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security*,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   **JUDGMENT**<br>)   **CASE NO.  7:12-CV-346-D**<br>)<br>) |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED**  that the Court DENIES the Commissioner's motion for judgment on the pleadings [D.E. 24], GRANTS Plaintiff's motion for judgment on the pleadings [D.E. 22], and REMANDS the case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **FEBRUARY 20, 2014,** WITH A COPY TO:

Michael Gillespie (via CM/ECF electronic notification)
Mark D. Epstein  (via CM/ECF electronic notification)

| | |
|---|---|
| February 20, 2014<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina