IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-346-D

LLOYD LONG,                              )
                                         )
                    Plaintiff,           )
                                         )
        v.                               )        **ORDER**
                                         )
CAROLYN W. COLVIN,                       )
Acting Commissioner of Social Security,  )
                                         )
                    Defendant.           )

On February 20, 2014, this court held oral argument on the parties's motions for judgment on the pleadings and remanded the case for further proceedings. See [D.E. 31–33]. On May 1, 2014, defendant filed a motion for clarification [D.E. 34]. Defendant's motion for clarification [D.E. 34] is DENIED. If defendant needs clarification of this court's February 20, 2014 proceedings and order, defendant may request a copy of the hearing transcript.

SO ORDERED. This 6 day of May 2014.

JAMES C. DEVER III
Chief United States District Judge